UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WIRNEY MULET,

    Plaintiff,

v.                                          Case No. 8:24-cv-1022-SPF

MODERN POOL CAGE PAINTING,
LLC, and EVIS PINA GARCIA,

    Defendants.
_____/

## ORDER

This cause is before the Court on Defendants' Motion to Dismiss for Fraud Upon the Court and Entitlement to Attorney Fees (Doc. 16). The district judge previously referred this motion to the undersigned for a report and recommendation. On January 6, 2025, a report and recommendation was issued recommending that the motion be denied (Doc. 22). Neither Plaintiff nor Defendants objected to the report and recommendation, and the time for doing so has passed. *See* Fed. R. Civ. P. 72(b)(2). Thereafter, on January 27, 2025, with the report and recommendation still pending, the parties filed a notice of their consent to have a magistrate judge conduct all proceedings in this case (Doc. 24). The district judge approved the consent (Doc. 25), and this matter has been reassigned to the undersigned. Accordingly, for the reasons previously stated in the report and recommendation, which is adopted and incorporated herein, the motion is due to be denied.

    Accordingly, it is ORDERED:

(1) The report and recommendation (Doc. 22) is adopted and incorporated by reference into this order.

(2) Defendants' Motion to Dismiss for Fraud Upon the Court and Entitlement to Attorney Fees (Doc. 16) is **DENIED.**

(3) Defendants shall file their Answer to Plaintiff's Complaint (Doc. 1) on or before February 21, 2025.

**ORDERED** in Tampa, Florida, on January 31, 2025.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE